

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00550-CV

**CITY OF PREMONT**, Texas,
Appellant

v.

Jose Richard **GONZALEZ** and Elda E. Gonzalez,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 20-09-60606-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting: Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: March 3, 2021

MOTION TO DISMISS GRANTED, APPEAL DISMISSED AS MOOT

This is an accelerated appeal from an order granting a temporary injunction. Appellant has filed an unopposed motion to dismiss this appeal because the temporary injunction order has been dissolved by the trial court. "An appeal from a temporary injunction order is rendered moot, and must be dismissed, if the injunction is dissolved." *Star Medical Ctr., LLC v. Tritin Medical Distribution, LLC*, No. 05-20-00345-CV, 2020 WL 3071709, at *1 (Tex. App.—Dallas June 10, 2020, no pet.). Therefore, we grant the motion and dismiss this appeal as moot. *See Momentum Capital Funding, LLC v. Dill*, No. 04-16-00039-CV, 2016 WL 3031059, at *1 (Tex. App.—San

Antonio May 25, 2016, no pet.) (dismissing appeal as moot when the challenged temporary injunction order was dissolved.).

PER CURIAM